# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| WILBUR LANN PITTMAN, | No. CV 09-8275-AG (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT HERNANDEZ, | |
| Respondent. | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED:  January 28, 2010

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE